DAVID WRIGHT, Appellant, *v.* NELSON B. ELDRED, Respondent.

(Argued January 25, 1893; decided February 7, 1893.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order

made October 21, 1887, which denied a motion for a new trial and ordered judgment in favor of defendant upon a verdict directed by the court.

The following is the *mem.* of decision :

"A careful comparison of the record in this case with that of *Shaver* v. *Eldred* (114 N. Y. 236) satisfies us that there is no material distinction to be made between the two cases, and upon the authority and reasoning of that case this judgment is affirmed with costs."

*H. V. Howland* for appellant.

*Charles M. Baker* for respondent.

Agree to affirm.
All concur, except MAYNARD, J., not sitting.
Judgment affirmed.